FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 23 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUCILLE M. SMITH, CESAR QUINONES, ALBERT TORRES and JOHN RUSSO on behalf of themselves and classes of those similarly situated,

                **Plaintiffs,**

    against

CITIGROUP INC.,

                **Defendant.**

Civil Action No. 07-CV-1791

**ELECTRONICALLY FILED**

## STIPULATED ORDER APPROVING SETTLEMENT

After a confidential review of the Confidential Global Settlement Agreement presented by the parties as well as the form for the Confidential Agreement and General Releases of Plaintiffs Lucille Smith, Cesar Quinones, Albert Torres, John Russo, Jeffrey Jerome and Donald Griewank ("Named Plaintiffs"), the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts contemplated to be paid to Named Plaintiffs and individuals who opt into this case ("Opt-Ins") as well as the fees paid to Plaintiffs' attorneys. Accordingly, the Court approves the settlement, including the forms of releases to be signed by Named Plaintiffs and Opt-Ins in order to participate in the settlement. For any Opt-In, negotiating the settlement check shall constitute an enforceable release of all claims for wages and overtime payments due to such individual.

The Confidential Global Settlement Agreement and the exhibits thereto, with the exception of Exhibits 1, 2, 4 and 6, shall be filed with the Court and maintained under seal in order to maintain the confidentiality of those documents. The transcripts of the January 12, 2010 and July 15, 2010 conferences before the Court shall also be maintained under seal. Upon the

signing of this Order by the Court, the parties shall file under seal with the Court fully executed copies of the Confidential Global Settlement Agreement and the exhibits thereto.

SO ORDERED this 22 day of September, 2010.

s/ John Gleeson
Honorable John Gleeson

Agreed to on behalf of themselves and their firms, and each of the Opt-Ins Individually and Collectively:

Jack A. Raisner, Esq.
Outten & Golden LLP
3 Park Avenue
29th Floor
New York, New York 10016
(212) 245-1000

Karl J. Stoecker, Esq.
Law Offices of Karl J. Stoecker
22 Jericho Turnpike, Suite 100
Mineola, New York 11501
(212) 818-0080

Attorneys for Lucille Smith, Cesar Quinones, Albert Torres, John Russo, Jeffrey Jerome and Donald Griewank and those Opt-Ins who have not selected other counsel

Agreed to on behalf of Defendant:

Sam S. Shaulson, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Citigroup Inc.

signing of this Order by the Court, the parties shall file under seal with the Court fully executed copies of the Confidential Global Settlement Agreement and the exhibits thereto.

SO ORDERED this ____ day of _____, 2010.

_____
Honorable John Gleeson

| Agreed to on behalf of themselves and their firms, and each of the Opt-Ins Individually and Collectively: | Agreed to on behalf of Defendant: |
|---|---|

*[signature: Karl J. Stoecker]*

Jack A. Raisner, Esq.
Outten & Golden LLP
3 Park Avenue
29th Floor
New York, New York 10016
(212) 245-1000

Sam S. Shaulson, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Citigroup Inc.

Karl J. Stoecker, Esq.
Law Offices of Karl J. Stoecker
22 Jericho Turnpike, Suite 100
Mineola, New York 11501
(212) 818-0080

Attorneys for Lucille Smith, Cesar Quinones, Albert Torres, John Russo, Jeffrey Jerome and Donald Griewank and those Opt-Ins who have not selected other counsel